IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 17-44-M-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HUGH SHAWGO, | |
| Defendant. | |

Counsel for Defendant Hugh Shawgo has filed an unopposed motion requesting the Court vacate the preliminary hearing currently set for September 19, 2017, at 10:00 a.m.

IT IS HEREBY ORDERED that the motion is GRANTED and the preliminary hearing currently set for September 19, 2017 at 10:00 a.m. is VACATED.

DATED this 19th day of September, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

1